IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SORIN 3T HEATER-COOLER SYSTEM PRODUCTS LIABILITY LITIGATION (NO. II) | : MDL DOCKET NO. 2816<br>: Civil Action No. 1:18-MD-2816<br>:<br>: Hon. John E. Jones, III<br>:<br>:<br>: THIS DOCUMENT RELATES TO:<br>: ALL CASES |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS, LIVANOVA, PLC, SORIN GROUP DEUTSCHLAND GMBH, AND LIVANOVA DEUTSCHLAND GMBH

Certain Plaintiffs in this MDL have claims against Defendants LivaNova, PLC, Sorin Group Deutschland GmBH, and/or against LivaNova Deutschland GmBH. To the extent that Plaintiffs have such claims against one or more of these entities, Plaintiffs, by and through the undersigned MDL Lead Counsel, hereby file this Notice of Voluntary Dismissal of Defendants LivaNova, PLC, Sorin Group Deutschland GmbH, and LivaNova Deutschland GmbH, without prejudice.

Sol H. Weiss (ID #15925)
Anapol Weiss
One Logan Square
130 N. 18th St., Suite 1600
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7701
Email: sweiss@anapolweiss.com

**Attorney for Plaintiffs**