IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SORIN 3T HEATER-COOLER SYSTEM PRODUCTS LIABILITY LITIGATION (NO. II) | : MDL NO. 2816<br>: CIVIL ACTION NO. 1:18-MD-2816<br>:<br>: (Judge Conner) |
| THIS DOCUMENT RELATES TO:<br><u>Cherkala v. LivaNova Deutschland GmbH, et al.</u>, No. 1:21-CV-1627 | :<br>:<br>: |

## ORDER

AND NOW, this 27th day of June, 2022, upon consideration of plaintiffs' motion (Doc. 12) for joinder and for remand of the above-captioned action to the Court of Common Pleas of Cuyahoga County, Ohio, and the parties' respective briefs in support of and in opposition thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Plaintiffs' motion (Doc. 12) is GRANTED solely to the extent it seeks remand of the above-captioned action for lack of subject-matter jurisdiction.

2. Individual docket No. 1:21-CV-1627 is REMANDED to the Court of Common Pleas of Cuyahoga County, Ohio.

3. The Clerk of Court shall CLOSE individual docket No. 1:21-CV-1627.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania