# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SORIN 3T HEATER-COOLER SYSTEM PRODUCTS LIABILITY LITIGATION (NO. II) | : : : : : : : : : : | MDL DOCKET NO. 2816<br>Civil Action No. 1:18-MD-2816<br><br>Hon. Christopher C. Conner<br><br>THIS DOCUMENT RELATES TO:<br>*Elizabeth Ahl, et al. v. LivaNova Holding USA, Inc*., et al.; No. 1:18-cv-01355 |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff, Elizabeth Ahl, Individually and as the Surviving Spouse of Bois Ahl, and Defendants (collectively the "Parties") hereby stipulate to the voluntarily dismissal of this action, with prejudice, as to all Defendants. All Parties will bear their own costs.

Dated: August 29, 2022

*/s/ Michael K. Johnson*
Michael K. Johnson
Johnson Becker, PLLC
444 Cedar St., Suite 1800
St. Paul, Minnesota 55101
Email: mjohnson@johnsonbecker.com
Phone: (612) 436-1800
Fax: (612) 436-1801

**Counsel for Plaintiff**

*/s/ Jared B. Briant*
Jared B. Briant
Faegre Drinker Biddle & Reath LLP
1144 15th Street, Suite 3400
Denver, CO 80202
Email: jared.briant@faegredrinker.com
Phone: (303) 607-3588
Fax: (303) 607-3600

**Counsel for Defendants**

US.352195389.01

## **CERTIFICATE OF SERVICE**

I, Jared B. Briant, hereby certify that on August 29, 2022, the foregoing Stipulation of Voluntary Dismissal was filed and made available to all counsel of record via CM/ECF.

*s/ Jared B. Briant*
Jared B. Briant
