**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: SORIN 3T HEATER-** | : | **MDL NO. 2816** |
| **COOLER SYSTEM PRODUCTS** | : | **CIVIL ACTION NO. 1:18-MD-2816** |
| **LIABILITY LITIGATION (NO. II)** | : | |
| | : | **(Judge Conner)** |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | |
| **Maloney v. LivaNova PLC,** *et al.* | : | |
| **No. 1:22-CV-1441** | : | |

## ORDER

AND NOW, this 11th day of March, 2024, upon consideration of the amended

complaint (Doc. 11) filed by plaintiff Patricia Maloney on July 10, 2023, and it

appearing that defendants have not filed an answer or otherwise responded to

Maloney's amended complaint, it is hereby ORDERED that the parties shall file a

joint status report on or before **Monday, March 25, 2024**, apprising the court of the

status of this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania