# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SORIN 3T HEATER-COOLER SYSTEM PRODUCTS LIABILITY LITIGATION (NO. II)  **Cherkala v. LivaNova Deutschland, GmgH, et al., No. 1:20-CV-1803** | : MDL DOCKET NO. 2816 : Civil Action No. 1:18-MD-2816 : : Judge Christopher C. Conner : : **SCHEDULING ORDER** |

The bifurcated discovery period is extended by an additional 60 days from the signing of this Order to conduct Case-Specific "Bifurcated Discovery," as defined in and authorized by Section E of Amended CMO 15 (Doc 470). 45 days following the close of the Bifurcated Discovery period, the parties may submit motions for summary judgment and Daubert motions. Responses to motions for summary judgment are due 28 days after service of the motion; replies are due 28 days following service of the response.

**IT IS SO ORDERED.**

Date: 7/22/2024

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF PENNSYLVANIA