UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SORIN 3T HEATER-COOLER SYSTEM
PRODUCTS LIABILITY LITIGATION (NO. II)  MDL No. 2816

ORDER REASSIGNING LITIGATION

The Panel has been notified of the need to reassign the above litigation to another judge in the Middle District of Pennsylvania.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Karoline Mehalchick for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL:

Karen K. Caldwell
Chair