Case Number: 1:18-md-02816-KM-SES Document Number: 537 User: EP Printed: 1/21/2025 8:57:51 AM

Andrew Charles Bryman
Bryman and Apelian
24025 Park Sorrento
Suite 220
Calabasas, CA 91302

---

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

RECEIVED SCRANTON
FEB 04 2025
PER [signature]
DEPUTY CLERK

HARRISBURG PA 171
22 JAN 2025
US POSTAGE
ZIP 18501
02 7W
0008028835

NIXIE    911    DE 1    0001
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 18501114848    *2923-0119