Case Number: 1:18-md-02816-KM-SES Document Number: 537 User: EP Printed: 1/21/2025
9:08:00 AM

Lisa M Rice
WFBM LLP
One City Boulevard West   5th Floor
Orange, CA 92868-3677

**FILED
SCRANTON**

FEB 07 2025

PER _____
DEPUTY CLERK

**FILED
SCRANTON**

FEB 07 2025

PER _____

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

**RECEIVED
SCRANTON**

FEB 07 2025

PER  DJ
DEPUTY CLERK

HARRISBURG PA 17

22 JAN 2025 PM 2

US POSTAGE PITNEY BOWES

ZIP 18501  $ 000.69⁰
02 7W
0008028835 JAN. 21. 2025

NIXIE      911  FE 1        0002/04/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 18501114848    *2923-05274-22-33

92868-367705    988
18501114848

1