Case Number: 1:18-md-02816-KM-SES Document Number: 537 User: EP Printed: 1/21/2025 9:08:49 AM

Amrit K Dhaliwal
WFBM LLP
One City Boulevard West
5th Floor
Orange, CA 92868-3677

**FILED SCRANTON**

FEB 07 2025

PER _____
DEPUTY CLERK

---

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
LLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

RECEIVED SCRANTON
FEB 07 2025
PER ___DJ___
DEPUTY CLERK

HARRISBURG PA 17
22 JAN 2025 PM 3
FIRST-CLASS
US POSTAGE PITN
ZIP 18501 $ 000
02 7W
0008028835 JAN. 2

NIXIE         911    FE 1         0002/04/2
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 18501114848     *1519-10747-22-: