Case Number: 1:18-md-02816-KM-SES Document Number: 537 User: EP Printed: 1/21/2025 9:08:33 AM

Kathleen Anne Stricklin
WFBM LLP
One City Boulevard West   5th Floor
Orange, CA 92868-3677

**FILED**
**SCRANTON**

FEB 07 2025

PER _____
DEPUTY CLERK

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
LIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148
OFFICIAL BUSINESS

RECEIVED
SCRANTON

FEB 07 2025

PER __DJ_____
DEPUTY CLERK

HARRISBURG PA
22 JAN 2025 PM 3

US POSTAGE — PITNEY BOWES
ZIP 18501
02 7W
$ 000.69⁰
0008028835 JAN. 21. 2025.

NIXIE    911   FE 1    0002/04/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 18501114848    *1519-10746-22-32