Case Number: 1:18-md-02816-KM-SES Document Number: 537 User: EP Printed: 1/21/2025 9:08:17 AM

J Stephen Welch
McGowan Hood and Felder
1501 N Fant Street
Anderson, SC 29621

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

HARRISBURG PA 171
22 JAN 2025 PM 2 L
FIRST-CLASS
US POSTAGE
ZIP 18501
02 7W
0008028835

RECEIVED SCRANTON
FEB 10 2025
PER _____ DEPUTY CLERK

Addressee not ... Address

NIXIE    296  FE 1    0002/
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 18501114848    *2923-05127-

FILED
SCRANTON
FEB 10 2025
PER _____
DEPUTY CLERK

1