Case Number: 1:18-md-02816-KM-SES Document Number: 537 User: EP Printed: 1/21/2025 9:05:16 AM

Sarah Elizabeth Sharp
FAEGRE BAKER DANIELS
300 N. Meridian St., Suite 2700
Indianapolis, IN 46204

**FILED SCRANTON**

FEB 19 2025

PER _____
DEPUTY CLERK

OFFICE OF THE CLERK
STATES DISTRICT COURT
DISTRICT OF PENNSYLVANIA
ALON FEDERAL BLDG. & U.S. COURTHOUSE
NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

HARRISBURG PA 17
22 JAN 2025 PM 2

US POSTAGE ™ PITNEY BOWES
ZIP 18501 $ 000.69⁰
02 7W
0008028835 JAN. 21. 2025

**RECEIVED**

-R-T-S-  000004264-1N     02/08/25

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

RTS
No longer @ this add/