Case Number: 1:18-md-02816-KM-SES Document Number: 537 User: EP Printed: 1/21/2025 9:07:44 AM

Christopher J. M. Collings
Saul Ewing Arnstein & Lehr LLP
200 South Biscayne Boulevard
Suite 3600
Southeast Financial Center
Miami, FL 33131-1822

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

RECEIVED SCRANTON
MAY 12 2025
PER _____ DEPUTY CLERK

HARRISBURG PA
22 JAN 2025 PM 2
US POSTAGE
ZIP 18501
02 7W
0008028835

NIXIE     100  D2 1      0005/0
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 18501114848      *2923-07566-2