IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SORIN 3T HEATER-COOLER ) | MDL DOCKET NO. 2816 |
| SYSTEM PRODUCTS LIABILITY ) | Civil Action No. 1:18-MD-2816 |
| LITIGATION (NO. II) ) | |
| ) | Hon. Karoline Mehalchick |
| ) | |
| ) | THIS DOCUMENT RELATES TO: |
| ) | **ALL CASES** |

**ORDER**

AND NOW, on this 13th day of June, 2025, upon consideration of Lead Counsel's Uncontested Motion to Archive Plaintiffs' ESI Database, it is hereby **ORDERED** that said Motion is **GRANTED**. The Court hereby authorizes Lead Counsel to terminate its contract with Veritext and directs that all litigating plaintiffs who wish to access the ESI database contract with Veritext to reestablish the ESI database within ninety (90) days of this Order. Such litigating plaintiffs may contact Ben Ross at Bross@veritext.com or 725-238-6021.

Hon. Karoline Mehalchick
U.S. District Court Judge