Case Number: 1:18-md-02816-KM-SES Document Number: 546 User: EP Printed: 6/13/2025 2:19:23 PM

Amrit K Dhaliwal
WFBM LLP
One City Boulevard West
5th Floor
Orange, CA 92868-3677

# FILED
# SCRANTON

JUN 23 2025

PER ___DJ___
DEPUTY CLERK



OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

RECEIVED
SCRANTON

JUN 23 2025

PER _____
DEPUTY CLERK

HARRISBURG PA 174
14 JUN 2025 PM 2
US POSTAGE
ZIP 18501
02 7W
0008028835

USMS X-RAY

NIXIE      911   FE 1    0006/1
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK   BC: 18501114848   *2923-09705-