Case Number: 1:18-md-02816-KM-SES Document Number: 546 User: EP Printed: 6/13/2025 2:18:17 PM

Lisa M Rice
WFBM LLP
One City Boulevard West   5th Floor
Orange, CA 92868-3677

FILED
SCRANTON

JUN 2 3 2025

PER____DJ____
DEPUTY CLERK



OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

HARRISBURG PA 171
14 JUN 2025 PM 2

RECEIVED
SCRANTON
JUN 2 3 2025
PER____AM____
DEPUTY CLERK

US POSTAGE
ZIP 18501
02 7W
0008028835

USMS X-RAY

NIXIE    911   DE 1        0005/19/2
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 18501114848    *2923-09718-14-4