Case Number: 1:18-md-02816-KM-SES Document Number: 546 User: EP Printed: 6/13/2025 2:18:50 PM

Kathleen Anne Stricklin
WFBM LLP
One City Boulevard West   5th Floor
Orange, CA 92868-3677

**FILED**
**SCRANTON**

JUN 23 2025

PER ___DJ___
DEPUTY CLERK



OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

RECEIVED
SCRANTON

JUN 23 2025

PER _____
DEPUTY CLERK

HARRISBURG PA
14 JUN 2025 PM 2
FIRST-CLASS
US POSTAGE
ZIP 18501
02.7W
0008028835

USMS X-RAY

NIXIE        911    DE 1        0006
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 18501114848     *2923-08305