Case Number: 1:18-md-02816-KM-SES Document Number: 546 User: EP Printed: 6/13/2025 2:08:05 PM

Andrew Charles Bryman
Bryman and Apelian
24025 Park Sorrento
Suite 220
Calabasas, CA 91302

**FILED
SCRANTON**

JUN 23 2025

PER ___DJ___
DEPUTY CLERK

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

RECEIVED
SCRANTON

JUN 23 2025

PER _____
DEPUTY CLERK

HARRISBURG PA 17
14 JUN 2025 PM 2

US POSTAGE

ZIP 18501
02 7W
0008028835

USMS X-RAY

NIXIE    911   FE 1    0001
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESS
UNABLE TO FORWARD
BC: 18501114848    *2923-0847