Case Number: 1:18-md-02816-KM-SES Document Number: 546 User: EP Printed: 6/13/2025 2:12:29 PM

Michael G Reilly
Stuart Tinley Law Firm LLP
310 W Kanesville Blvd
2nd Floor
Council Bluffs, IA 51503

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

RECEIVED
SCRANTON
JUN 26 2025
PER _____
DEPUTY CLERK

HARRISBURG PA 17
14 JUN 2025 PM 2
US POSTAGE
ZIP 18501
02 7W
0008028835

NIXIE        681    FE 1         0006/2
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 18501114848    *2923-08264-1

FILED
SCRANTON
JUN 26 2025
PER _____
DEPUTY CLERK

1