Case Number: 1:18-md-02816-KM-SES Document Number: 546 User: EP Printed: 6/13/2025
2:18:33 PM

Christopher J. M. Collings
Saul Ewing Arnstein & Lehr LLP
200 South Biscayne Boulevard
Suite 3600
Southeast Financial Center
Miami,FL 33131-1822

OFFICE OF THE CLERK
D STATES DISTRICT COURT
LE DISTRICT OF PENNSYLVANIA
iEALON FEDERAL BLDG. & U.S. COURTHOUSE
5 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

VACANT

HARRISBURG PA 171
14 JUN 2025 PM 2

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 18501 $ 000.69
02 7W
0008028835 JUN. 13. 2025



USMS X-RAY RECEIVED
SCRANTON

JUN 30 2025

PER_____
DEPUTY CLERK

MIXIE        331    DE 1            0006/25/25
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 18501114848    *2923-09733-14-42

FILED
SCRANTON

JUN 30 2025

PER_____
DEPUTY CLERK

1