IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SORIN 3T HEATER-COOLER SYSTEM PRODUCTS LIABILITY LITIGATION (NO. II) : <br> : <br> : <br> This Document Relates To: : <br> : <br> Maloney v. LivaNova Deutschland GmbH, : <br> et al., : <br> Case No. 1:22-cv-01441-KM : <br> D. Minn. Case No. 0:22-cv-02008 : | MDL DOCKET NO. 2816 <br> Civil Action No. 1:18-MD-2816 <br><br> Judge Karoline Mehalchick |

**JOINT DESIGNATION OF GENERAL AND CASE-SPECIFIC MDL RECORDS
TO BE INCLUDED UPON REMAND**

The parties jointly designate all documents from the docket of In Re: Sorin 3T Heater-Cooler System Products Liability Litigation, *Maloney v. LivaNova PLC et al.*, Case No. 1:22-cv-01441-KM to be included in the record on remand.

The parties further jointly designate the following general documents from the docket in MDL No. 2740 (1:18-MD-02816) to be included in the record on remand:

| EXHIBIT A: TRANSFER ORDERS | | | | |
|---|---|---|---|---|
| No. | Date Filed | Dock. No. | Brief Description | Page # |
| 1 | 02/01/2018 | 1 | Transfer Order coordinating pretrial proceedings for cases involving the Sorin 3T heater-cooler system in MDL 2816 in the Middle District of Pennsylvania | 1 |
| 2 | 08/29/2022 | 518 | Conditional Transfer Order 42 transferring the *Maloney* case to the MDL | |

| EXHIBIT B: PRETRIAL ORDERS | | | | |
|---|---|---|---|---|
| No. | Date Filed | Dock. No. | Brief Description | Page # |
| 1 | 07/31/2018 | 105 | Order Regarding Plaintiff's and Defendants' Fact Sheets and Service Protocol | 1 |
| 2 | 07/31/2018 | 106 | Plaintiff Fact Sheet | |

| EXHIBIT B: PRETRIAL ORDERS ||||||
|---|---|---|---|---|
| No. | Date Filed | Dock. No. | Brief Description | Page # |
|  |  |  |  |  |
| 3 | 07/31/2018 | 107 | Defendant Fact Sheet |  |
| 4 | 08/02/2018 | 113 | Stipulated Protective Order with attachment |  |
| 5 | 10/16/2018 | 180 | Order re 178 adopting Joint Status Report on Proceedings |  |
| 6 | 03/27/2019 | 245 | Order Notice of Voluntary Dismissal |  |
| 7 | 06/03/2019 | 258 | Order Granting Motion to Establish Qualified Settlement Fund |  |
| 8 | 02/26/2020 | 396 | Order- Briefing Schedule |  |
| 9 | 07/23/2021 | 472 | Order Reassigning Litigation |  |
| 10 | 01/15/2025 | 537 | Order Reassigning Litigation |  |

| EXHIBIT C: CASE MANAGEMENT ORDERS |||||
|---|---|---|---|---|
| No. | Date Filed | Dock. No. | Brief Description | Page # |
| 1 | 02/09/2018 | 4 | Amended Case Management Order No. 1 | 1 |
| 2 | 02/26/2018 | 7 | Case Management Order No. 2: Initial Case Management Conference |  |
| 3 | 05/31/2018 | 57 | Case Management Order No. 3 |  |
| 4 | 06/04/2018 | 60 | Case Management Order No. 4: Post Initial Case Management Conference |  |
| 5 | 06/19/2018 | 68 | Case Management Order No. 5: Establishing Common Benefit Fee and Expense Fund |  |
| 6 | 06/29/2018 | 74 | Case Management Order No. 6 |  |
| 7 | 07/09/2018 | 81 | Case Management Order No. 7: Lift Discovery Stay and Sealing Procedure |  |

| EXHIBIT C: CASE MANAGEMENT ORDERS ||||  |
|---|---|---|---|---|
| No. | Date Filed | Dock. No. | Brief Description | Page # |
| 8 | 07/09/2018 | 82 | Case Management Order No. 8: Coordination Letter to State Judges | |
| 9 | 07/10/2018 | 86 | Case Management Order No. 9: Establishing Obligations to Plaintiffs' Leadership Group | |
| 10 | 07/10/2018 | 87 | Case Management Order No. 10: Establishing State Court Liaison Committee | |
| 11 | 07/10/2018 | 114 | Case Management Order No. 11: Granting Sealing Filing Privileges | |
| 12 | 12/03/2018 | 201 | Case Management Order No. 13: Appointing Settlement Master | |
| 13 | 03/04/2019 | 236 | Case Management Order No. 14 | |
| 14 | 04/16/2019 | 250 | Case Management Order No. 15 | |
| 15 | 01/22/2020 | 378 | Case Management Order No. 16: Granting Sealed Filing Privileges | |
| 16 | 07/20/2021 | 470 | Amended Case Management Order No. 15 | |

| EXHIBIT D: CASE MANAGEMENT PLANS |||||
|---|---|---|---|---|
| No. | Date Filed | Dock. No. | Brief Description | Page # |
| 1 | 05/16/2018 | 37 | Joint Proposed Case Management Plan | 1 |
| 2 | 06/19/2018 | 67 | Revised Joint Case Management Plan | |
| 3 | 10/12/2018 | 178 | Joint Status Report on Proceedings | |
| 4 | 02/28/2019 | 235 | Joint Proposed Case Management Plan with attachment | |

The parties further agree and stipulate that, subject to the Court's approval, if any party believes a relevant document was inadvertently not included in the above list, the parties may confer and jointly supplement this joint designation without requesting a hearing or a motion to supplement. Further, the

3

document designations are intended to incorporate and include all exhibits or attachments that accompanied the documents as filed. Finally, the above-mentioned designations may have been incorporated at the request of one or both parties; accordingly, by agreeing to submission of this set of Joint Designations, the parties reserve their rights to present arguments at a later date following transfer of the relevance and/or precedential value, if any, of the referenced designations.

Dated: 6/30/2025

| By: /s/ *David Szerlag* <br> David Szerlag (MN #034476X) <br> Raymond Trueblood-Konz (MN # 0391236) <br> Alicia Penner (MN # 0401953) <br> 100 University Ave SE <br> Minneapolis, MN 55414 <br> P: (612) 338-0202 <br> F: (612) 338-0104 <br> Email: david@pritzkerlaw.com <br> Email: raymond@pritzkerlaw.com <br> Email: alicia@pritzkerlaw.com <br> *Attorneys for Plaintiff* | /s/ *Jared B. Briant* <br> Jared B. Briant (CO # 35773) <br> Faegre Drinker Biddle & Reath LLP <br> 1144 Fifteenth Street <br> Suite 3400 <br> Denver, CO 80202-2569 <br> Telephone: 303-607-3500 <br> Facsimile: 303-607-3600 <br> jared.briant@faegredrinker.com <br><br> *Attorney for Defendants* |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on **June 30, 2025,** I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/   *David Szerlag*