Case Number: 1:18-md-02816-KM-SES Document Number: 546 User: EP Printed: 6/13/2025 2:16:20 PM

Sarah Elizabeth Sharp
FAEGRE BAKER DANIELS
300 N. Meridian St., Suite 2700
Indianapolis, IN 46204

**FILED
SCRANTON**

JUL 0 2 2025

PER_____DJ_____
DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

HARRISBURG PA 17
20 JUN 2025 PM
ZIP 18501
02 7W
000802883

Return To Sender No Longer At This Address

**RECEIVED
SCRANTON**

JUL 0 2 2025

PER_____
DEPUTY CLERK