Case Number: 1:18-md-02816-KM-SES Document Number: 546 User: EP Printed: 6/13/2025 2:17:43 PM

J Stephen Welch
McGowan Hood and Felder
1501 N Fant Street
Anderson, SC 29621

**FILED
SCRANTON

JUL 14 2025

PER _____
DEPUTY CLERK**

FICE OF THE CLERK
TATES DISTRICT COURT
ISTRICT OF PENNSYLVANIA
N FEDERAL BLDG. & U.S. COURTHOUSE
RTH WASHINGTON AVENUE
P.O. BOX 1148
ANTON, PA 18501-1148

OFFICIAL BUSINESS

HARRISBURG PA 17
14 JUN 2025 PM 2

US POSTAGE PITNEY BOWES
ZIP 18501  $ 000.69⁰
02 7W
0008028835 JUN 13 2025

**RECEIVED
SCRANTON
JUL 14 2025
PER  DJ
DEPUTY CLERK**

Addressee Not At this Address

NIXIE        296   7E 1         0107/06/25
       RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 18501114848        *2923-08317-14-42